

FILED

FEB 2 0 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____

Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

### PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Rickie Charles Marshall Jr.

*Plaintiff's full name (Please print)*

v.

Case No. __CIV-24-61-RAW__

*(To be filled out by Clerk's Office only)*

Clay Lintner, individually and officially

*Defendant(s)' full name (Please print)*

Chris Bryant, individually and officially

Devra Atwood, individually and officially

Turn Key Health Clinics, LLC, individually and officially

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).*

---

### NOTICE

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

*Each claim you raise must be properly exhausted. If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

*Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

# I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

# II. PLAINTIFF INFORMATION

Richie Charles Marshall Jr.
_____
Full name                                          Aliases

_____
Prisoner ID #

Carter County Detention Center
_____
Place of Detention/Incarnation

100 S. Washington
_____
Institutional Address

Ardmore                    OK              73401
_____
City                      State           Zip Code

# III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first page. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1:   Clay Lintner, individually and officially
Full Name

Sheriff Deputy of Carter County
Current Job Title

100 S. Washington
Current Work Address

Ardmore                OK            73401
City                         State                  Zip Code


Defendant 2:   Chris Bryant, individually and officially
Full Name

Sheriff of Carter County
Current Job Title

100 S. Washington
Current Work Address

Ardmore                OK            73401
City                         State                  Zip Code

Rev. 07/2019

3

Defendant 3: Deura Atwood, individually and officially

*Full Name*

Jail Administrator

*Current Job Title*

100 S. Washington

*Current Work Address*

Ardmore      OK      73401

*City*      *State*      *Zip Code*

Defendant 4: Turn Key Health Clinics, LLC, individually and officially

*Full Name*

Jail Health Care Provider

*Current Job Title*

900 NW 12th St

*Current Work Address*

OKC      OK      73102

*City*      *State*      *Zip Code*

Defendant 5:

_____

*Full Name*

_____

*Current Job Title*

_____

*Current Work Address*

_____

*City*      *State*      *Zip Code*

Rev. 07/2019

4

## V.    STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 7-23-23

Place(s) of occurrence: Carter County Detention Center

*State which of your federal constitutional or federal statutory rights have been violated:*

4th amendment

*Briefly state the FACTS that support your case. Provide a short and plain statement of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

FACTS: (See attached Exhibit A)

### B. Claim 2

Date(s) of occurrence: 7-23-23 — 2-3-24

Place(s) of occurrence: Carter County Detention Center

*State which of your federal constitutional or federal statutory rights have been violated:*

8th amendment

FACTS: (See attached Exhibit B)

Rev. 07/2019

5

### C. Claim 3

Date(s) of occurrence: 7·23·23 — 2·3·24

Place(s) of occurrence: Carter County Detention Center

*State which of your federal constitutional or federal statutory rights have been violated:*

1st amendment

FACTS: (See attached) Exhibit C)

### D. Claim 4

Date(s) of occurrence: _____

Place(s) of occurrence: _____

*State which of your federal constitutional or federal statutory rights have been violated:*

FACTS:

## VI.   RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

Injuction relief allowing religious materials and allowing adequate mental Health care. Punive damages of $500,000 from each named defendent individually and in their official capacity.

## VII.   PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?   ☐ Yes   ☑ No

      If yes, how many?   _____

Number each different lawsuit below and include the following:

- ○ Name of case (including defendants' names), court, and docket number
- ○ Nature of claim made
- ○ How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- ○ Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

_____
_____
_____
_____
_____
_____
_____

## VIII.  PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct.  To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

X _Rik  Charles Marshall_      _2/3/24_
*Plaintiff's Signature*              *Date*



I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __14__ day of _February_, 20_24_.

X _Rik  Charles Marshall_      _2/14/24_
*Plaintiff's Signature*              *Date*



Rev. 07/2019

8

# Exhibit A

Facts:

1.) Upon incarceration on 7-23-23, Clay Lintner forced me to perform a strip search in front of two female gaurds. or he would teze me. I wrote grievances over this.

2.) I informed Clay Lintner that he was violating my rights and embarrassing me making me strip in front of 2 gaurds. of opposite sex.

3.) Clay Lintner informed me that I am his inmate and that I have no rights in his jail.

4.) Incident was in H-block by the showers in front of camera.

5.) My family contacted Sheriff Chris Bryant about this and informed him about rights being violated also I wrote grievence about this. Chris Bryant still hasn't reached out to me.

# Exhibit B

## Facts:

1.) Upon incarceration on 7-23-23 I found that I can't attend mental health counseling required by lighthouse due to my mental illness. Also that they hand out meds before they serve trays.

2.) I quit taking my meds because I'm supposed to take them after I eat. They were making me take them before and it was getting me sick.

3.) I am diagnosed with bipolar 2, anti-social personality disorder, PTSD. Turnkey Health Clinics, LLC staff knows this and has informed me they won't help me with these issues even though its my right.

Exhibit B (continue)

Facts:

4.) I have wrote multiple tickets and grievences just to be ignored over this matter. My mental state and health is suffering from anxiety, depression, and panic attacks.

5.) Turnkey Health Clinics, LLC is knowingly neglecting my issues I suffer from by my diagnoses from my doctor.

Exhibit C

Facts:

1.) Upon my incarceration I found that religious materials are considered contraband due to Sheriff Chris Bryant's policy.

2.) I wrote a grievence asking about my right to practice my religion and if I could have my bible to read.

3.) Devra Atwood (Jail Administrator), resolved the grievence as substantiated with no comment and nothing has changed.

4.) I spoke to Devra Atwood in person over this issue and she told me that she doesn't care if my rights are violated or not.